255

(No. 74-CC-47—Claimant )

DEAN BUSINESS EQUIPMENT COMPANY, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed February 28, 1974.*

DEAN BUSINESS EQUIPMENT CO., INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-73—Claimant )

GELMAN INSTRUMENT CO., Claimant, *vs.* STATE OF ILLINOIS, NATURAL HISTORY SURVEY, Respondent.

*Opinion filed February 28, 1974.*

GELMAN INSTRUMENT COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.